

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2022

No. 04-21-00579-CR

**EX PARTE ERIC URIEL SIFUENTES**, et al,

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 5135
Roland Andrade, Judge Presiding

# O R D E R

Sitting:     Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

We withdraw that portion of our January 21, 2022 order in this case setting the submission date of January 28, 2022 and order the case submitted on briefs on January 24, 2022 before the same panel.

It is so **ORDERED** January 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT